

RECEIVED
Court of Appeals

AUG 1 6 2013

Lisa Matz
Clerk, 5th District

**BENJAMIN N. SMITH**
JUDGE, 380th JUDICIAL DISTRICT COURT
Collin County Courthouse
2100 Bloomdale Road, Suite 30132, McKinney, Texas 75071
972/548-4762, Metro 972/424-1460 ext. 4762
Fax: 972-547-5733
bsmith@co.collin.tx.us

August 15, 2013

Lisa Matz
Clerk of the Court
Fifth Court of Appeals
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 200
Dallas, Texas 75202-4658

Re:     **COA Number 05-13-00558-CV**; *In the Interest of Kaadin Mykal Ramberansingh, A Child*; **Trial Court Number 380-54515-2010**

Dear Ms. Matz,

Enclosed herein for filing, please find a certified copy of the Order Partially Vacating Prior Order for the above referenced matter.

If you have any questions or concerns, please do not hesitate to contact me.

Thank you,

Amy A. Cabala
Court Administrator
380th Judicial District Court

## In The 380th Judicial District Court
## Collin County, Texas
### Benjamin N. Smith, Judge Presiding

**RECEIVED**
Court of Appeals

AUG 1 6 2013

Lisa Matz
Clerk, 5th District

### Cause No. 380-54515-10

### IN THE INTEREST OF
### KAADIN MYKAL RAMBERANSINGH
### A CHILD

### ORDER PARTIALLY VACATING PRIOR ORDER

In accordance with the order of the Court of Appeals for the Fifth District of Texas dated July 23, 2013, IT IS ORDERED that the portion of this Court's Order of Enforcement by Contempt and Suspension of Commitment (Possession or Access) dated March 22, 2013 awarding Movant SHIRLEY J. MCCORMICK eighty (80) additional days of possession is hereby VACATED.

The remainder of the Order of Enforcement by Contempt and Suspension of Commitment (Possession or Access) dated March 22, 2013 remains in effect.

Signed this 14th day of August, 2013.

_Benjamin N. Smith_
Benjamin N. Smith
Presiding Judge

STATE OF TEXAS )
COUNTY OF COLLIN )

I, Andrea Stroh Thompson, District Clerk in and for Collin County, Texas, do hereby certify that the above foregoing is a true and correct copy of the original as the same appears on file in the office of the District Court in Collin County, Texas. Witness my hand and seal of said Court, this the ___ day of _____, A.D., 20___.

ANDREA STROH THOMPSON, DISTRICT CLERK
COLLIN COUNTY, TEXAS

DEPUTY _____



**JUDGE BENJAMIN N. SMITH**
380TH JUDICIAL DISTRICT COURT
2100 Bloomdale, Suite 30132
Collin County Courthouse
McKinney, Texas 75071

THE STATE OF TEXAS

neopost
08/15/2013
US POSTAGE

FIRST-CLASS MAIL
PRSRT
$00.43³

ZIP 75071
041L12202625

Ms. Lisa Matz
Clerk of the Court
Fifth Court of Appeals
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 200
Dallas, Texas 75202-4658